# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| EMERGENCY STAFFING SOLUTIONS INC. | § § § |
| v. | § Civil Action No. 4:16-CV-145 § (Judge Mazzant/Judge Nowak) |
| OZARK HEALTH, INC. | § § § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 7, 2016, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff Emergency Staffing Solutions, Inc.'s Motion to Remand Proceeding (Dkt. #9) be granted, this case be remanded, and Defendant Ozark Health, Inc. d/b/a Ozark Health Medical Center's Motion to Transfer Venue (Dkt. #7) be denied as moot.

Having received the report and recommendation of the Magistrate Judge (Dkt. #23), and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and hereby adopts the Magistrate Judge's report (Dkt. #23) as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion to Remand (Dkt. #9) is **GRANTED**, and Plaintiff's case is **REMANDED** to the 416th Judicial District Court of Collin County, Texas.

It is further **ORDERED** that Defendant's Motion to Transfer Venue (Dkt. #7) is **DENIED AS MOOT**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 30th day of November, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE